# EXHIBIT 2

|  | Overtime | NYS liq Damages | FLSA Liq Damages | Record Keeping Violation | Total | Percentage of claim |
|---|---|---|---|---|---|---|
| Jose Rodriguez | $ 7,430.00 | $ 3,443.75 | $ 3,170.63 | $ 5,000.00 | $ 19,044.38 | 25% |
| Luis Rubio | $ 14,428.00 | $ 13,236.75 | $ 705.63 | $ 5,000.00 | $ 33,370.38 | 38% |
| Miguel Collado | $ 13,773.25 | $ 13,236.75 | $ 50.88 | $ 5,000.00 | $ 32,060.88 | 37% |
| **Total** | **$ 35,631.25** | **$ 29,917.25** | **$ 3,927.13** | **$ 15,000.00** | **$ 84,475.63** | **100%** |

| Name | Percentage | Settlement Amount | Attorneys Fees | Total to Client |
|---|---|---|---|---|
| Jose Rodriguez | 25% | $ 7,500.00 | $ 2,500.00 | $ 5,000.00 |
| Luis Rubio | 38% | $ 11,400.00 | $ 3,800.00 | $ 7,600.00 |
| Miguel Collado | 37% | $ 11,100.00 | $ 3,700.00 | $ 7,400.00 |
| **TOTAL** | **100%** | **$ 30,000.00** | **$ 10,000.00** | **$ 20,000.00** |

| Total Settlement | $ 30,000.00 |
|---|---|

Subject to FRE 408
Subject to CPLR 4547